UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**
FEB 13 2009

CLERK

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| WAYNE AND ANITA CROSBY, | * | CIV. 07-4052 |
| Plaintiffs, | * | |
| vs. | * | **ORDER AND JUDGMENT OF DISMISSAL** |
| BAYER CROPSCIENCE, | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Consistent with the Stipulation for Dismissal filed by the above-named parties to this action, it is hereby

ORDERED, ADJUDGED, and DECREED that this action is dismissed, without further notice to the parties or hearing, with each party to bear its own costs, expenses, and attorneys' fees. This Order and Judgment of Dismissal is with prejudice, upon the merits.

Dated this 13th of February, 2009.

BY THE COURT:

_____
The Honorable Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _____
        DEPUTY CLERK